The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| DON PAUL BADGLEY, JR., <br><br> Plaintiff, <br> vs. <br><br> F/V REDEMPTION, Official Number 1220458, and appurtenances and cargo, *in rem*, F/V REDEMPTION LLC, ALBERT BIERRIA AND SUSAN BIERRIA, *in personam*, <br><br> Defendants. | NO.:  2:13-cv-02000-RSL <br><br> ORDER GRANTING DEFENDANTS' MOTION TO AMEND AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on defendants' unopposed "Motion to Amend" their answer pursuant to Fed. R. Civ. P. 15.  Dkt. # 22.  The motion is GRANTED:  defendants shall file their Amended Answer and Affirmative Defenses within three days of the date of this Order.  In light of defendants' denial of ¶ 13 of the

ORDER GRANTING MOTION TO AMEND ANSWER AND
AFFIRMATIVE DEFENSES
Page 1 –

Karlberg & Associates PLLC
909 Squalicum Way, Suite 110
Bellingham, WA 98225
Telephone (360) 325-7774
ken@karlberglaw.com

complaint and the Court's prior analysis of the issues, "Plaintiff's Motion for Summary Judgment" (Dkt. # 13) is DENIED.

Dated this 26th day of February, 2015.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO AMEND ANSWER AND
AFFIRMATIVE DEFENSES
Page 2 –

Karlberg & Associates PLLC
909 Squalicum Way, Suite 110
Bellingham, WA 98225
Telephone (360) 325-7774
ken@karlberglaw.com